**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 03-6049**

———

KENNETH STUDWELL,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

CHIEF WARDEN; PAGE TUNR; UNIT WILMOUTH;
COUNSELOR MCLAURAN; DR. HOLARAN,

　　　　　　　　　　　　　　　　Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-928)

———

Submitted: February 6, 2003　　Decided: February 13, 2003

———

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Kenneth Studwell, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Studwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Studwell v. Chief Warden, No. CA-02-298 (E.D. Va. Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED